```
DARRYL JACQUEZ MOORE          MIDLAND CREDIT MGMT
702 LULING DR                 ATTN: BANKRUPTCY
PEARL, MS 39208               PO BOX 939069
                              SAN DIEGO, CA 92193


THOMAS C. ROLLINS, JR.        MS DEPT OF REVENUE
THE ROLLINS LAW FIRM, PLLC    BANKRUPTCY SECTION
P.O. BOX 13767                PO BOX 22808
JACKSON, MS 39236             JACKSON, MS 39225-2808


BIRCH LENDING                 PERSONIFY FINANCIAL
P.O. BOX 58020                PO BOX 208417
MINTO, AK 99758               DALLAS, TX 92150


CAPITAL ONE                   PORTFOLIO RECOVERY
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
P.O. BOX 30285                120 CORPORATE BLVD
SALT LAKE CITY, UT 84130      NORFOLK, VA 23502


CASHNET USA                   RUBIN LUBLIN, LLC
175 W JACKSON                 3145 AVALON RIDGE PL
STE 1000                      STE 100
CHICAGO, IL 60604             NORCROSS, GA 30071


FAY SERVICING LLC             THE BUREAUS INC
ATTN: BANKRUPTCY DEPT         ATTN: BANKRUPTCY
1601 LYNDON B JOHNSON         650 DUNDEE RD, STE 370
FARMERS BRANCH, TX 75234      NORTHBROOK, IL 60062


FIRST PREMIER BANK            THREE STICKS LENDING
3820 N LOUISE AVE             P.O. BOX 1145
SIOUX FALLS, SD 57107         MISSION, SD 57555


INTERNAL REVENUE SERVI        US ATTORNEY GENERAL
CENTRALIZED INSOLVENCY        US DEPT OF JUSTICE
P.O. BOX 7346                 950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19101-7346   WASHINGTON, DC 20530-0001


INTERNAL REVENUE SERVI        WELLS FARGO
C/O US ATTORNEY               ATTN: BANKRUPTCY
501 EAST COURT ST             1100 CORPORATE CENTER
STE 4.430                     RALEIGH, NC 27607
JACKSON, MS 39201
```