IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Darryl Jacquez Moore, Debtor            Case No. 25-01617-JAW
                                                      CHAPTER 13

## MOTION TO EXTEND DEADLINE
## TO FILE CHAPTER 13 SCHEDULES

COMES NOW the debtor by and through their attorney, and files this Motion to Extend Time to File Chapter 13 Schedules and would respectfully show the following:

That the debtor filed their Chapter 13 Petition on 07/02/2025.

That the schedules are due 7/16/2025.

That the debtor needs additional time to complete their schedules.

That the debtor requests until 7/30/2025 to file their schedules.

Respectfully Submitted,

By: /s/ Jennifer A Curry Calvillo
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601-500- 5533


CERTIFICATE OF SERVICE

I, Jennifer A Curry Calvillo, do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, July 15, 2025.  All interested parties will receive CM/ECF from the Court.

/s/ Jennifer A Curry Calvillo
Jennifer A Curry Calvillo