## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:         **Darryl Jacquez Moore, Debtor**                    Case No. 25-01617-JAW
                                                                   **CHAPTER 13**

### ORDER EXTENDING TIME TO FILE SCHEDULES

**THIS CAUSE** having come on this day for consideration by the court having considered the Motion to Extend Deadline to File Chapter 13 Schedules (Dkt #_____); being fully advised in the premises finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the debtor has until 7/30/2025 to file the Chapter 13 Schedules, failing which this case may be dismissed without further notice.

###END OF ORDER###

Agreed by:
/s/ Jennifer A Curry Calvillo
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com