_____



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 28, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**

**Southern District of Mississippi**

IN THE MATTER OF:  CASE NO.: 25-01617-JAW
DARRYL JACQUEZ MOORE

### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT** that there is now pending a certain **Chapter 13 Proceeding** in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is <u>paying personally</u> and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

> Torri Parker Martin
> Standing Chapter 13 Trustee
> P.O. Box 2033
> Memphis, TN 38101-2033

the sum of $4,484.50 MONTHLY **.**

##END OF ORDER