Fill in this information to identify the case:

Debtor 1   Darryl Jacquez Moore

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN   District of  MISSISSIPPI
                                                               (State)

Case number  25-01617-JAW

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF NEW RESIDENTIAL MORTGAGE LOAN TRUST 2019-RPL3 | Court claim no. (if known)   8 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX9319 | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 8/25/2025, | (5) | $ 200.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review | 7/31/2025 | (11) | $ $100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Darryl Jacquez Moore | | Case number (*if known*) | 25-01617-JAW |
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| | X  /s/Michael McCormick | | Date | 09/08/2025 |
| | Signature | | | |
| Print: | Michael                          McCormick | | Title | Authorized Agent |
| | First Name    Middle Name    Last Name | | | |
| Company | McCalla Raymer Leibert Pierce, LLP | | | |
| Address | 1544 Old Alabama Road | | | |
| | Number     Street | | | |
| | Roswell                     GA            30076 | | | |
| | City                 State              ZIP Code | | | |
| Contact phone | 678-281-3918 | Email | Michael.McCormick@mccalla.com | |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No.** 25-01617-JAW |
| Darryl Jacquez Moore ) | **Chapter** 13 |
| ) | |
| ) | **JUDGE:** Jamie A. Wilson |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

Other $100.00

| | | |
|---|---|---|
| 07/31/2025 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $100.00 |

Bankruptcy/Proof of Claim Fees $200.00

| | | |
|---|---|---|
| 08/25/2025 | Preparation and Filing of Proof of Claim | $200.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$300.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 25-01617-JAW |
| | Chapter: 13 |
| Darryl Jacquez Moore | Judge: Jamie A. Wilson |

## CERTIFICATE OF SERVICE

I, Michael McCormick, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Darryl Jacquez Moore
702 Luling Dr
Pearl, MS 39208

Jennifer A Curry Calvillo        *(Served via ECF Notification)*
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Torri Parker Martin        *(Served via ECF Notification)*
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

United States Trustee        *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   09/09/2025   By:   /s/Michael McCormick
                (date)              Michael McCormick
                                    Authorized Agent for Creditor