United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01617-JAW
Darryl Jacquez Moore     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Oct 15, 2025     Form ID: n031     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Jacquez Moore, 702 Luling Dr, Pearl, MS 39208-3369 |
| 5562109 | + | Applied Data Finance, LLC D/B/A Personify Financia, PO Box 208417, Dallas, TX 75320-8417 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 15 2025 20:13:00 | Citibank, N.A., not in its individual capacity but, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 5528651 | | Email/Text: admin@rosebudlending.com | Oct 15 2025 20:13:00 | Three Sticks Lending, P.O. Box 1145, Mission, SD 57555 |
| 5533254 | | Email/Text: bnc-thebureaus@quantum3group.com | Oct 15 2025 20:13:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5528639 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 20:17:25 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5528640 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 15 2025 20:13:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5554869 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2025 20:17:33 | Citibank, N.A. et. al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 5528641 | | Email/Text: ECF@fayservicing.com | Oct 15 2025 20:13:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, 1601 Lyndon B Johnson, Farmers Branch, TX 75234 |
| 5528642 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 15 2025 20:17:31 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5528644 | + | Email/Text: ebone.woods@usdoj.gov | Oct 15 2025 20:13:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5528643 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2025 20:13:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5533097 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 15 2025 20:13:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLP, for CitiBank, N.A. as Trustee, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 5528646 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 15 2025 20:13:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5555601 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2025 20:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5528645 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: n031 | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| | | Oct 15 2025 20:13:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5545258 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 15 2025 20:13:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5528648 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 20:17:24 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5542143 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 20:17:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5528647 | + Email/Text: Contact@PersonifyFinancial.com | Oct 15 2025 20:14:00 | Personify Financial, Po Box 208417, Dallas, TX 75320-8417 |
| 5548137 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2025 20:13:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5528649 | + Email/Text: BKNC@rlselaw.com | Oct 15 2025 20:13:00 | Rubin Lublin, LLC, 3145 Avalon Ridge Pl, Ste 100, Norcross, GA 30071-1570 |
| 5528638 | Email/Text: ashley@tolovanafinancial.com | Oct 15 2025 20:13:00 | Birch Lending, P.O. Box 58020, Minto, AK 99758 |
| 5528650 | + Email/Text: bnc-thebureaus@quantum3group.com | Oct 15 2025 20:13:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5528652 | ^ MEBN | Oct 15 2025 20:08:17 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5528653 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Oct 15 2025 20:17:27 | Wells Fargo, Attn: Bankruptcy, 1100 Corporate Center, Raleigh, NC 27607-5066 |
| 5537617 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 16 2025 02:06:28 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2025              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Darryl Jacquez Moore jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 15, 2025 | Form ID: n031 | Total Noticed: 27 |

Karen A. Maxcy
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Michael J McCormick
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3 Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Darryl Jacquez Moore trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01617−JAW
**Chapter:** 13

**In re:**

Darryl Jacquez Moore
702 Luling Dr
Pearl, MS 39208

Notice of Entry of Order Confirming Plan

The Court entered an Order on October 15, 2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 15, 2025                     Danny L. Miller, Clerk of Court