United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                              Case No. 25-01617-JAW

Darryl Jacquez Moore                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                        User: mssbad                        Page 1 of 3

Date Rcvd: Mar 17, 2026                Form ID: ntcdsm                Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Jacquez Moore, 702 Luling Dr, Pearl, MS 39208-3369 |
| 5562109 | + | Applied Data Finance, LLC D/B/A Personify Financia, PO Box 208417, Dallas, TX 75320-8417 |

TOTAL: 2


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 17 2026 19:48:00 | Citibank, N.A., not in its individual capacity but, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 5528651 | | Email/Text: admin@rosebudlending.com | Mar 17 2026 19:47:00 | Three Sticks Lending, P.O. Box 1145, Mission, SD 57555 |
| 5533254 | | EDI: Q3GTBI | Mar 17 2026 23:43:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5528639 | + | EDI: CAPITALONE.COM | Mar 17 2026 23:43:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5528640 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Mar 17 2026 19:47:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5554869 | | EDI: CITICORP | Mar 17 2026 23:43:00 | Citibank, N.A. et. al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 5528643 | | EDI: IRS.COM | Mar 17 2026 23:43:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5528641 | | Email/Text: ECF@fayservicing.com | Mar 17 2026 19:47:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, 1601 Lyndon B Johnson, Farmers Branch, TX 75234 |
| 5528642 | + | EDI: AMINFOFP.COM | Mar 17 2026 23:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5528644 | + | Email/Text: ebone.woods@usdoj.gov | Mar 17 2026 19:48:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5533097 | + | Email/Text: BankruptcyECFMail@mccalla.com | Mar 17 2026 19:48:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLP, for CitiBank, N.A. as Trustee, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 5528646 | | EDI: MSDOR | Mar 17 2026 23:43:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5555601 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2026 19:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5528645 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: ntcdsm | Total Noticed: 27 |

|  |  |  | Mar 17 2026 19:48:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
|---|---|---|---|---|
| 5545258 |  | EDI: MSDOR | Mar 17 2026 23:43:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5528648 |  | EDI: PRA.COM | Mar 17 2026 23:43:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5542143 |  | EDI: PRA.COM | Mar 17 2026 23:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5528647 | + | Email/Text: Contact@PersonifyFinancial.com | Mar 17 2026 19:48:00 | Personify Financial, Po Box 208417, Dallas, TX 75320-8417 |
| 5548137 | + | EDI: JEFFERSONCAP.COM | Mar 17 2026 23:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5528649 | + | Email/Text: BKNC@rlselaw.com | Mar 17 2026 19:48:00 | Rubin Lublin, LLC, 3145 Avalon Ridge Pl, Ste 100, Norcross, GA 30071-1570 |
| 5528638 |  | Email/Text: ashley@tolovanafinancial.com | Mar 17 2026 19:48:00 | Birch Lending, P.O. Box 58020, Minto, AK 99758 |
| 5528650 | + | EDI: Q3GTBI | Mar 17 2026 23:43:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5528652 | ^ | MEBN | Mar 17 2026 19:45:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5528653 | + | EDI: WFAUTO | Mar 17 2026 23:43:00 | Wells Fargo, Attn: Bankruptcy, 1100 Corporate Center, Raleigh, NC 27607-5066 |
| 5537617 | + | EDI: WFFC2 | Mar 17 2026 23:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | |
| | on behalf of Debtor Darryl Jacquez Moore jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

District/off: 0538-3                                   User: mssbad                                                    Page 3 of 3

Date Rcvd: Mar 17, 2026                               Form ID: ntcdsm                                                 Total Noticed: 27

Karen A. Maxcy

on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Michael J McCormick

on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3 Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Debtor Darryl Jacquez Moore trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.:  25−01617−JAW
Chapter:  13

In re:
Darryl Jacquez Moore
702 Luling Dr
Pearl, MS 39208

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−1227

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on March 17, 2026.

Dated: 3/17/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600